UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
**BENSON EVERETT LEGG**
United States District Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

February 14, 2002

MEMORANDUM TO MR. HITAFFER

    Re:    James Roger Grizzle, Sr. v.
                 United States Postal Service
                 Civil #L-01-3708

Dear Mr. Hitaffer:

       The court file reflects that a summons was issued on November 29, 2001 for defendant United States Postal Service, but there is no indication that the defendant has been served. Accordingly, you are directed to advise the Court, in writing, on or before February 25, 2002, as to the date when service was effected. If the defendant is unserved, describe your efforts, both past and present, for effecting service.

       Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

Benson Everett Legg

c:    Court File