IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES ROGER GRIZZLE,

    Plaintiff,

v.                CIVIL NO. L-01-3708

JOHN POTTER, POSTMASTER GENERAL,

    Defendant.

...oOo...

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant, by undersigned counsel, respectfully moves for an enlargement of time in the amount of thirty (30) days, until March 21, 2002, to file an answer or other appropriate response in this case. The reasons for the motion are as follows:

    1. The complaint in this case was filed on November 29, 2001;

    2. The United State Attorney's Office was served on or about December 18, 2001;

    3. The undersigned has not yet received a litigation report from agency counsel, and is therefore unable to answer plaintiff's complaint;

    4. The undersigned contacted plaintiff's counsel, James V. Hitaffer, on February 20, 2002 regarding the instant motion. A message was left, but Mr. Hitaffer has not yet returned

WHEREFORE, defendant requests an enlargement of time of