IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES ROGER GRIZZLE,          :

    Plaintiff,           :

v.                            :    CIVIL NO. L-01-3708

JOHN POTTER, POSTMASTER       :
GENERAL,
                              :
    Defendant.
...oOo...

ORDER

The Court, having considered Defendant's Motion for an Enlargement of Time, and there being good cause therefore, it is this 26 day of March, 2002, hereby

ORDERED that Defendant's motion to dismiss in this case be filed on or about March 25, 2002.

_____
Benson E. Legg
United States District Judge