THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JAMES ROGER GRIZZLE          :

    Plaintiff            :

vs.                          :       CIVIL NUMBER: L01-3708

JOHN PORTER, POSTMASTER      :
GENERAL

    Defendant            :

### MOTION FOR LEAVE TO FILE SURREPLY

COMES NOW the Plaintiff, James Roger Grizzle, by and through his attorney, James V. Hitaffer, and requests that this court grant the Plaintiff leave to file a surreply, and for reasons states as follows:

1. Defendant filed a Motion To Dismiss in the above-captioned case on March 26, 2002, which was responded to by the Plaintiff on April 8, 2002.

2. Based on Plaintiff's Response To Defendant's Motion To Dismiss, Defendant filed a Reply In Further Support Of Defendant's Motion To Dismiss on April 23, 2002.

3. Due to Defendant's misstatement and/or misunderstanding of Plaintiff's posture in this matter as evidenced by statements made in Defendant's Reply In Further Support Of Defendant's Motion To Dismiss, Plaintiff believes that his surreply (Plaintiff's Response To Defendant's Reply In Further Support Of Defendant's Motion To Dismiss - Attachment A) will help clarify this matter, saving the court valuable time and aiding the review process.

*[Handwritten notation: "Motion Granted" with signature, "Benson Legg USDJ 6/27/02"]*

1