FILED
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

2003 JAN 29 P 2:09

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

Chambers of
**BENSON EVERETT LEGG**
Chief Judge

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

January 28, 2003

MEMORANDUM TO COUNSEL RE:   <u>James Roger Grizzle v. John Potter, Postmaster General</u>
Civil #L-01-3708

Dear Counsel:

Plaintiff James Grizzle has sued the federal government for alleged violations of the Rehabilitation Act and United States Postal Service ("USPS") policies.

Pending is Defendant's Motion to Dismiss for failure to exhaust administrative remedies. Mr. Grizzle responds that an unnamed EEO representative told him that "he had no grounds for an EEO complaint." (Opp'n. at 2). Apparently, Mr. Grizzle feels that this conversation either (i) excuses his failure to exhaust administrative remedies or (ii) satisfies the exhaustion requirement. Mr. Grizzle, however, does not elaborate.

Accordingly, on or before February 7, 2003, Plaintiff's Counsel shall submit the following:

(i) a short letter, complete with case law, that

   (a) supports his position that the conversation with the EEO representative either excuses or satisfies the exhaustion requirement, and

   (b) provides authority for the proposition that a plaintiff has a cause of action for violations of USPS policies; and

(ii) an affidavit from either (a) his client or (b) the unnamed EEO representative, which provides more details about the alleged conversation, such as the date it took place, the name of the EEO representative, and the extent of the discussion.

If Defendant wishes to respond, the response is due on or before February 14th.

      Despite the informal nature of this memorandum, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                            Very truly yours,

                                            Benson Everett Legg

c:      Court file